# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             **CASE NO: 6:21-mj-1545-EJK**

**KENNETH JOHN REDA**

AUSA: Beatrix Gonzalez
FPD: Todd Doss

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **July 6, 2021**<br>3:08 P.M.- 3:30 P.M. |
| --- | --- | --- | --- |
| Courtroom: | 4C | TOTAL TIME: | 22 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

## CLERK'S MINUTES
## INITIAL APPEARANCE
### (Rule 5C - District of Columbia)

**Defendant was arrested 7/5/21**

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the charges in the Information and potential penalties.
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings as to Identity.
Government oral motion for release- Motion granted- Order to enter.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court adjourned.